Case 5:09-cv-06096-PVT   Document 19   Filed 03/26/10   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO NATIVI, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>            Defendant. | Case No.: C 09-6096 PVT<br><br>**ORDER** S**ETTING** D**EADLINE FOR** P**ARTIES TO** E**ACH** F**ILE** E**ITHER A** "C**ONSENT TO** P**ROCEED** B**EFORE A** U**NITED** S**TATES** M**AGISTRATE** J**UDGE**," **OR** E**LSE A** "D**ECLINATION TO** P**ROCEED** B**EFORE A** U**NITED** S**TATES** M**AGISTRATE** J**UDGE AND** R**EQUEST FOR** R**EASSIGNMENT**" |

     On February 16, 2010, Defendant filed a Motion to Dismiss. Pursuant to Civil Local Rule 73-1(a)(2),[1] no later than five court days after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[2] Neither party has yet done so. Therefore, based on the file herein,

     IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss is CONTINUED to April 13, 2010, at 10:00 a.m. in Courtroom 5 of this court.

---

[1] A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

[2] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

O\RDER, *page 1*

1     IT IS FURTHER ORDERED that the deadline for the parties to file either a "Consent to
2 Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United
3 States Magistrate Judge and Request for Reassignment," is extended to March 31, 2010.  Both forms
4 are available from the clerk of the court, or from the "Forms" section of the court's website
5 (www.cand.uscourts.gov).
6 Dated:  *3/25/10*

*[signature: Patricia V. Trumbull]*
PATRICIA V. TRUMBULL
United States Magistrate Judge