Nadia Aziz, SBN 252966
naziz@baylegal.org
M. Julie Patiño, SBN 250375
jpatino@baylegal.org
Madeline Howard, SBN 254660
mhoward@baylegal.org
BAY AREA LEGAL AID
2 West Santa Clara Street, 8th Floor
San José, CA 95113
Tel: (408) 283-3700
Fax: (408) 283-3750

S. Lynn Martinez, SBN 164406
slmartinez@wclp.org
Robert Newman, SBN 86534
rnewman@wclp.org
Richard A. Rothschild, SBN 67356
rrothschild@wclp.org
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, California 90010
Tel: (213) 487-7211
Fax: (213) 487-0242

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSARIO NATIVI, JOSE PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, its assignees and successors; DOES (1 – 10)<br>Defendant. | Case No. CV-09-06096-PVT<br><br>[PROPOSED] ORDER ALLOWING USE OF DISCOVERY FROM FORCIBLE DETAINER ACTION IN FEDERAL CASE |

Pursuant to the stipulation entered by the parties, discovery obtained through the forcible detainer matter filed in the Superior Court of the County of Santa Clara (case no. 1-09-CV-

158260) may be used in the above-captioned matter and shall have the same force and effect as discovery obtained through the above-captioned matter.

IT IS SO ORDERED.

Date: 4/22/10

*Patricia V. Trumbull*

Honorable Patricia V. Trumbull